**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHELLE HOPKINS,**

      **Plaintiff,**

v.                                            **Case No:  6:13-cv-370-Orl-36KRS**

**JP MORGAN CHASE & COMPANY,**
**JESSICA ENZ and BRIAN LOGSTON,**

      **Defendants.**

_____

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge David A. Baker, filed on March 8, 2013 (Doc. 3).  In the Report and Recommendation, the Magistrate Judge recommends that *pro se* Plaintiff Michelle Hopkins' ("Plaintiff") Motion for Leave to Proceed *In Forma Pauperis* ("Motion") (Doc. 2) be denied and Plaintiff's Complaint (Doc. 1) be dismissed for failure to properly state a claim upon which relief can be granted.  *See* Doc. 3.  No party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that Plaintiff's Motion should be denied and the Complaint should be dismissed for failure to properly state a claim upon which relief can be granted.  *See* 28 U.S.C. § 1915(e)(2) (in proceedings *in forma pauperis*, the court shall dismiss the case if, among other things, the case is frivolous or fails to state a claim upon which relief may be granted).  The Court also agrees that Plaintiff should be given an opportunity to file an Amended Complaint.  However, Plaintiff has already filed an Amended Complaint (Doc. 18) pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure, as well

as a renewed Motion for Leave to Proceed *In Forma Pauperis* (Doc. 19). Accordingly, the Court need not grant Plaintiff leave to file an Amended Complaint. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 3) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. Plaintiff's Amended Complaint (Doc. 18 ) is accepted as the operative pleading.

**DONE** and **ORDERED** in Orlando, Florida on April 9, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge David A. Baker